# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| LEIGH GADDIS,<br><br>    Plaintiff,<br><br>v.<br><br>PRINCIPAL LIFE INSURANCE COMPANY,<br>an Iowa Corporation,<br><br>    Defendant. | Case No. CIV-14-31-KEW |

## NOTICE OF SETTLEMENT

COMES NOW Plaintiff, Leigh Gaddis, by and through her attorney of record, Thomas M. Wright, and hereby notifies the Court that the case has resolved. Plaintiff respectfully requests the Court allow the parties 30 days to complete the paperwork necessary to close this case.

WRIGHT, STOUT & WILBURN, PLLC

/s/ Thomas M. Wright
THOMAS M. WRIGHT,   OBA # 20378
P.O. BOX 707
Muskogee, OK 74402-0707
Telephone:  918.682.0091
Facsimile:  918.683.6340
Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I, Thomas M. Wright, hereby certify that on the 22nd day of January, 2016, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing. Based on the records currently on file, the following persons will receive a Notice of Electronic Filing directly from the Clerk of Court:

Erin K. Dailey              edailey@gablelaw.com
Lisa Traylor Silvestri      lsilvestri@gablelaw.com

                                        /s/ Thomas M. Wright