IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| LEIGH GADDIS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. CIV-14-31-KEW |
| | ) |
| PRINCIPAL LIFE INSURANCE COMPANY, | ) |
| an Iowa Corporation, | ) |
| | ) |
| Defendant. | ) |

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

The parties hereby jointly stipulate for the dismissal of this entire action with prejudice pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure. The parties have settled this matter and each party agrees to bear its own costs, expenses and attorneys' fees.

Respectfully submitted,

s/Thomas M. Wright
Thomas M. Wright, OBA No. 20378
P.O. Box 707
Muskogee, OK 74402-0707
Telephone: (918) 682-0091
Facsimile: (918) 623-6340
*Attorneys for Plaintiff*
*Leigh Gaddis*

s/Lisa T. Silvestri
Lisa T. Silvestri, OBA No. 19239
Erin K. Dailey, OBA No. 20189
**GABLEGOTWAL**S
1100 ONEOK Plaza
100 West Fifth Street
Tulsa, Oklahoma 74103-4217
Telephone: (918) 595-4800
Facsimile: (918) 595-4990
*Attorneys for Defendant*
*Principal Life Insurance Company*

{1472021;}